UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA SANCHEZ,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL,<br><br>    Defendant. | Case No. 19-cv-03228-JCS<br><br>**ORDER DENYING PETITION FOR ATTORNEY'S FEES**<br><br>Re: Dkt. No. 28 |

The Court is in receipt of a petition for attorney's fees incurred by an attorney, Aggie Rose-Chavez, who represented Plaintiff in the administrative proceedings before the Social Security Administration and not in this Court. Under 42 U.S.C. § 406(a), the Court has no authority to award attorney's fee for representation of a claimant before the Social Security Administration. *MacDonald v. Weinberger*, 512 F.2d 144, 146 (9th Cir. 1975). Rather, such requests must be made to the Social Security Administration. *Hines v. Astrue*, No. C03-5635 FDB, 2008 WL 4862452, at *1 (W.D. Wash. Nov. 7, 2008). Accordingly, the Court DENIES the petition without prejudice.

**IT IS SO ORDERED.**

Dated: June 29, 2021

JOSEPH C. SPERO
Chief Magistrate Judge